IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO JIMMY CRUZ,

      Petitioner,                    No. CIV S-02-0545 FCD DAD P

    vs.

CHERYL K. PLILER, et al.,

      Respondents.             ORDER

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondents contend that the application is untimely filed pursuant to 28 U.S.C. § 2244(d)(1). It appears from documents filed in this action that petitioner's August 5, 2002 petition for a writ of habeas corpus filed in the California Supreme Court was still pending at the time respondent's answer was filed on September 5, 2002. Good cause appearing, respondents will be directed to file a copy of the California Supreme Court's disposition of that habeas corpus petition. See Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that, within thirty days from the date of this order, respondents shall file a copy of the decision by the California Supreme Court on petitioner's August 5, 2002 petition for writ of habeas corpus.

DATED: June 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:cruz545.o