IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO JIMMY CRUZ,

    Petitioner,                     No. CIV S-02-0545 FCD DAD P

    vs.

CHERYL K. PLILER, et al.,

    Respondents.             ORDER

_____/

        Petitioner has filed his third request for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 3, 2005 request for appointment of counsel is denied.

DATED: August 15, 2005.

                                       /s/ Dale A. Drozd
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

/kf:cruz0545.110